FILED
SEP 10 AM
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

2

3  Name   BRACKINS LIONEL III

E-filing

4         (Last)          (First)          (Initial)

5  Prisoner Number       F-09091

6  Institutional Address    SAN QUENTIN STATE PRISON

7

8  ═══════════════════════════════════════════════

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA

10

11  LIONEL BRACKINS                    )
    (Enter the full name of plaintiff in this action.)  )

12              vs.                    )   **C  07  4643  PJH**
                                       )   Case No.
13  Sgt James Harbison, Officers       )   (To be provided by the clerk of court)
    James Lambert , Solomon I, Jones   )
14  City of Oakley, Oakley Police      )   **COMPLAINT UNDER THE**   **(PR)**
    Dept, County of Contra Costa       )   **CIVIL RIGHTS ACT,**
15  Does 1 -10                         )   **42 U.S.C §§ 1983**
                                       )
16                                     )
    (Enter the full name of the defendant(s) in this action))  )
17                                     )

18  *[All questions on this complaint form must be answered in order for your action to proceed..]*

19  I.    <u>Exhaustion of Administrative Remedies</u>

20        [**Note:** You must exhaust your administrative remedies before your claim can go

21        forward. The court will dismiss any unexhausted claims.]

22        A.    Place of present confinement San Quentin State Prison

23        B.    Is there a grievance procedure in this institution?

24                    YES (x)      NO ( )

25        C.    Did you present the facts in your complaint for review through the grievance

26              procedure?    N/A

27                    YES( )      NO ( )

28        D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

appeal at each level of review.  If you did not pursue a certain level of appeal,

explain why.

1.  Informal appeal _____N/A_____

_____

_____2.  First

formal level_____

_____

_____

3.  Second formal level_____N/A_____

_____

_____4  Third

formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to

you?

YES ( )      NO ( )        N/A

F.    If you did not present your claim for review through the grievance procedure,

explain why.  Plaintiff was arrested by the Oakley Police
Department and never housed there , that Department has no
grievance system.

_____

II.    Parties

A.    Write your name and your present address.  Do the same for additional plaintiffs,

if any.

LIONEL BRACKINS III _____

_____

_____

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                            - 2 -

1    place of employment.

2    SGT JAMES HARBISON OFFICERS JAMES LAMBER SOLOMON , I JONES,

3    CITY OF OAKLEY, OAKLEY POLICE DEPT , COUNTY OF CONTRA COSTA

4    DOES 1-10

5

6    _____ III.

7    Statement of Claim

8    State here as briefly as possible the facts of your case. Be sure to describe how each

9    defendant is involved and to include dates, when possible. Do not give any legal arguments or

10    cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11    separate numbered paragraph.

12    PLEASE ATTACHED SHEETS IN FULL

13

14

15

16

17

18

19

20

21

22

23

24

25    IV.    Relief

26    Your complaint cannot go forward unless you request specific relief. State briefly exactly

27    what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28    PLAINTIFF REQUEST THAT DAMAGES BE AWARED JOINTLY
     AND SEVERELY AGAINTS ALL DEFENDANTS IN BOTH THIER
     OFFICIAL AND INDIVIDUAL CAPACITIES IN THE AMOUNT OF

COMPLAINT                            - 3 -

1  FIFTY   MILLIONS DOLLARS
2
3
4
5
6
7       I declare under penalty of perjury that the foregoing is true and correct.
8
9       Signed this  31st  day of  August  , 20 07
10
11                         Lionel Brackine III
12                         (Plaintiff's signature)
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                        - 4 -

NARRATIVE

On May 5, 2007, the plaintiff was visiting his mother for
Mother's Day . Plaintiff had failed to report to parole officials
and was awre that there was most likely a warrant for his arrest
and he was careful of police contact . Plaintiff wasnted to
see his mother that day badly. Plaintiff noticed a police officer
that he had in the past had contact with and plaintiff was aware
that the police officer Sgt Harbison issues with teh plaintiff.


To avoid contact with Sgt. Harbision the plaintiff fled  and
was later apprehended in his mothers garage .

The scene that result in plaintiff's detention and arrest are
the contentions of this complaint.
Plaintiff was beat by Sgt . Harbison, Officers Lambert , Solomon
and excessive force was used by Officer Jones when he instructed
his K-9 Patrol partner to attack the plaintiff while plaintiff
was down on the ground with officers pointing guns at plaintiff
.
Sgt Harbison instructed officer Jones to use the excessive force
of the dog.

At no time did plaintiff move to attach the officers. Plaintiff
received blows to his head and other body parts from Sgt Harbison
Officer Lambert , Solomon while he was down on the ground.

Plaintiff was subsequently transferred to the Hospital and
treated for leg arm injuries ( bad dog bites). Plaintiif was
never charged with any assult offenses.

## CONTENTIONS

Plaintiff contends that Sgt Harbison , Officers Solomon and
Lambert knowingly violated the constitutional rights of the
plaintiff by beating him without any provocation .

Plaintiff further contends that Sgt Harbison used excessive
force against the plaintiff in retaliation for his past contacts
with the plaintiff in which he was unable to arrest plaintiff.

Plaintiff further contends that Officer Jones at the direction
of Sgt Harbison used excessive force in instrucing the K-9 to
bite and hold instead of bark and circle when the plaintiff
was already down and being held at gun point.

Plaintiff further contends that all of the named defendants
sounded deliberate indifference to his health by beating and
instructing the K-9 to attack and used excessive force.

Plaintiff further contends that Sgt Harbison , Officer Solomon,
Lambert and Jones acted according to a policy procedure and
practice of the County of Contra Costa and the Oakley Police
Department that they knew violated the constitutional rights
of citizens such as plaintiff.

Plaintiff further contends that the County of Contra Costa and
the City of Oakley have failed to properly train and supervise
if police officer to avoid violating the constitutional rights
of citizens such as plaintiff .

July 13, 2007

Silvara B. Marchesi
County Counsel
County of Contra Costa
651 Pine street   9th Floor
Martinez , Ca   94533

Re People vs Lionel Brackins
    Contra Costa County Warrant Number   04-153967-5-001

Dear Counselor:

This letter will serve as my demand for payment and
notification of my intent to bring legal action

I demand the payment of five million dollars for injuries
medically , emotionally and constitutionally suffered
from my being sunjected to excessive use of force by the
Contra Costa County Sheriff's  Department- Oakley Police
Department . Incident Number -07-12363.

This matter is presently pending before the courts and a warrant
has been issued for my production.

I have sent for processing with the Contra Costa  Distict
Attorney , a demand For Trial . I anticipate having full hearings
in this matter which will   seek to establish the constitutional
violations by the Officers. That information ( i.e.) transcripts
from any preliminary and other hearings ) , will be used  in
my federal civil rights claim against the Offending Officers
and Municipal employees.
Attached is any additional criminal justice information you
may need to note my request and notification.

Sincerely,

Lionel Brackins
LB/dlg

May 14 07 11:32a

OLSONIZED copy

P.c

☒ Face Page
☐ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, California 94553-0039

☒ D.V.  ☐ H.O  ☒ Arrest  ☐ SI

Pat. 53

| 1. DR No. | 2. City Code | 3. Crime/Classification | | 4. Detail | 1. 69 | 5. More |
|---|---|---|---|---|---|---|
| 07-12363 | OAK57 | Threatening Exec. Officer (69) | ☒ | | 2. 3056 | Persons |

| 6. Day / Date / Time of Occurrence | 7. Date / Time Reported | 8. Employee No. | 9. Reclass- |
|---|---|---|---|
| Sunday / 05-13-07 / 1853 hours | 05-13-07    / 1853 hours | 65662 | ification ☐ |

| 11. | ☐ PRI | ☒ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | ☐ LEAD | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

| 12. Name (L, F, M) | 13. Race / Sex / Age | 14. DOB | 15. Driver License No. |
|---|---|---|---|
| Sgt. J. Harbison | / / | | |

| 16. Address (Zip Code) | 17. Home Phone |
|---|---|

| 18. Employed By or School | 19. Work Phone |
|---|---|
| CCCSO-Oakley P.D. | |

| 20. Hair | 21. Eyes | 22. Ht. | 23. Wt. | 24. AKA / Maiden Name | 25. Social Security No. |
|---|---|---|---|---|---|

| 26. Further Description (Scars, Tatoos, Mannerisms, Clothing, Etc.) | 27. Booking or Cite No. |
|---|---|

| 28. | ☐ PRI | ☒ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | ☐ LEAD | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

| 29. Name (L, F, M) | 29. Race / Sex / Age | 30. DOB | 31. Driver License No. |
|---|---|---|---|
| Dep. J. Lambert | / / | | |

| 32. Address (Zip Code) | 33. Home Phone |
|---|---|

| 34. Employed By or School | 35. Work Phone |
|---|---|
| CCCCSO-Delta Station | |

| 36. Hair | 37. Eyes | 38. Ht. | 39. Wt. | 40. AKA / Maiden Name | 41. Social Security No. |
|---|---|---|---|---|---|

| 42. Further Description (Scars, Tatoos, Mannerisms, Clothing, Etc.) | 43. Booking or Cite No. |
|---|---|

| 44. | ☐ PRI | ☐ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | ☐ LEAD | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

| 45. Name (L, F, M) | 46. Race / Sex / Age | 47. DOB | 48. Driver License No. |
|---|---|---|---|
| POS | / / | | |

| 49. Address (Zip Code) | 50. Home Phone |
|---|---|

| 51. Employed By or School | 52. Work Phone |
|---|---|

| 53. Hair | 54. Eyes | 55. Ht. | 56. Wt. | 57. AKA / Maiden Name | 58. Social Security No. |
|---|---|---|---|---|---|

| 59. Further Description (Scars, Tatoos, Mannerisms, Clothing, Etc.) | 60. Booking or Cite No. |
|---|---|

| 62. Veh / Ves | 63. Lic No. (State) | 64. Year | 65. Make | 66. Model | 67. Body Style | 68. Color Top | blue |
|---|---|---|---|---|---|---|---|
| ☒ s ☐ Vic | | 1978 | Buick | Regal | CP | Bottom | |

| 69. Status | 70. Registered Owner | 71. R.O. Address | 72. | 73. Who has Keys? |
|---|---|---|---|---|
| ☐ Left | Brackins, Lionel | | | |
| ☐ Impound | | | | |
| ☒ Stored | | | | |

| 74. Evid | 75. F / P | 76. Dispo of Evidence | 77. Missing | 78. Damaged |
|---|---|---|---|---|
| O Yes  ● No | O Yes  O No | n/a | n/a | n/a |

79. Brief Synopsis of Incident

This report concerns the arrest of Brackins. I saw Brackins driving, recognized him as a
parolee at large and attempted to stop him. Brackins fled in his car when I tried to stop
him; he stopped, ran out of his car and into the backyard of a residence that backs up to
his house. After a thorough search with the Oakley P.D. K-9, we located Brackins hiding in
his garage. Brackins attacked and fought with the officers and deputies attempting to
arrest him. The Oakley K-9 was deployed and Brackins was taken into custody. AMR treated
Brackins for his wounds resulting from the dog bite. Ofc. Riddle drove Brackins to CCRMC,
where he received further medical treatment. Ofc. Riddle booked Brackins at the MDF, for
the following charges: PC 69, CVC 2800.1, PC 3056.

| 80. Distribution | | | | | | 81. Additional Routing |
|---|---|---|---|---|---|---|
| ☐ B | ☐ C | ☐ DA | ☐ DE | ☐ L | ☐ O | ☐ SR | ☐ V | Concord Parole |

| 82. Reporting Deputy (Print) | 83. Date/Time Written | 84. Dispo |
|---|---|---|
| ☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner | Harbison | 05-14-07 / 0345 | REF |
| ☐ Property Ck.  ☒ ACS  ☐ Intell.  ☐ R.O.  ☐ SHC | 85. Approving Supv (Print) | 86. Supv No. | 87. Date | |
| ☒ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit ☐ Other | Harbison | 65662 | 05-14-07 | 1 of 5 |

36112 11/94

May 14 07 11:32a                                                                          p.3

☐ Face Page
☒ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, California 94553-0039

Beat **53**

☐ D.V. ☐ HRO   ☒ Arrest ☐ SI

| 1. DR No. | 2. City Code | 3. Crime/Classification | 4. Detail | 5. More Persons |
|---|---|---|---|---|
| 07-12363 | OAK57 | Threatening Exec. Officer (69) | 1. 69 / 2. 3056 | ☐ |

| 5. Day / Date / Time of Occurrence | 7. Date / Time Reported | 8. Employee No. | 9. Reclassification |
|---|---|---|---|
| Sunday / 05-13-07 / 1853 hours | 05-13-07    / | 65662 | ☐ |

10. Address / Location of Occurrence

| 11. | ☐ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☒ SUS | ☐ LEAD | ☐ OTHER |
|---|---|---|---|---|---|---|---|

12. Name (L, F, M)
**Brackins, Lione**

13. Race / Sex / Age    No.

16. (Zip Code)                    Phone

| 18. Employed By or School | 19. Work Phone |
|---|---|
| n/a | n/a |

| 20. Hair | 21. Eyes | 22. Ht. | 23. Wt. | 24. AKA / Maiden Name | 25. Social Security No. |
|---|---|---|---|---|---|

| 26. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | 27. Booking or Cite No. |
|---|---|

| 28. | ☐ PRI | ☐ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | ☐ LEAD | ☒ OTHER |
|---|---|---|---|---|---|---|---|---|

29. Name (L, F, M)
**Brackins, Lione**

29. Race / Sex / Age

32. Address (Zip Code)

| 34. Employed By or School | 35. Work Phone |
|---|---|

| 40. AKA / Maiden Name | 41. Social Security No. |
|---|---|

| 42. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | 43. Booking or Cite No. |
|---|---|

| 44. | ☐ PRI | ☐ VIC | ☒ WIT | ☐ MSP | ☐ RUN | ☐ SUS | ☐ LEAD | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|

45. Name (L, F, M)
**Bielski, Ronald**

46. Race / Sex / Age    47. DOB    48. Driver License No.

49. Address (Zip Code)                    50. Home Phone

| 51. Employed By or School | 57. AKA / Maiden Name | 58. Social Security No. |
|---|---|---|
| Delta Diablo Sanitation | | |

| 59. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | 60. Booking or Cite No. |
|---|---|

| 62. Veh / Ves ☐ S ☐ Vici | 63. Lic No. (State) | 64. Year | 65. Make | 66. Model | 67. Body Style | 68. Color Top / Bottom |
|---|---|---|---|---|---|---|

| 69. Status ☐ Left ☐ Impound ☐ Stored | 70. Registered Owner | 71. R.O. Address |
|---|---|---|

| | 72. Towed to or Released to | 73. Who has Keys? |
|---|---|---|

| 74. Evid ○ Yes ○ No | 75. F / P ○ Yes ○ No | 76. Dispo of Evidence | 77. Missing | 78. Damaged |
|---|---|---|---|---|

79. Brief Synopsis of Incident

| 80. Distribution | 81. Additional Routing |
|---|---|
| ☐ B ☐ C ☐ DA ☐ DE ☐ L ☐ O ☐ SR ☐ V | Concord Parole |

☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner
☐ Property Ck. ☒ ACS ☐ Intell. ☐ R.O. ☐ SHC
☒ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit ☐ Other

| 82. Reporting Deputy (Print) | 83. Date/Time Written | 84. Dispo |
|---|---|---|
| Harbison | 05-14-07 / 0345 | REF |

| 85. Approving Supv (Print) | 86. Supv No. | 87. Date | |
|---|---|---|---|
| Harbison | 65662 | 05-14-07 | 2 of 5 |

36112 11/94

☒ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat **53**

☐ D.V.   ☐ HRO   ☒ Arrest   ☐ S

| 1. DR No. 07-12363 | 2. City Code OAK57 | 3. Crime / Classification Threatening Exec. Officer (69) | 4. Detail | 1. 69 | 5. Reclassification |
| | | | | 2. 3056 | ☐ |
| 6. Victim Name (L,F,M) Sgt. J. Harbison | | 7. Date Orig. Report 05-13-07 | 8. Employee No. 65662 | | |
| 8. A | | 10. Suspect's Name (L,F,M) Brackins, Lionell III | | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes: B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |

On 05-13-07, at about 1850 hours, I was driving the Oakley Police Department supervisor's SUV, west on Wildcat Way near Dawson Dr. The SUV is an unmarked, white vehicle, equipped with emergency lighting equipment. I turned south onto Dawson Dr., and saw a blue Buick Regal ahead of me; the car pulled to the west curb and as I got close to it, I looked at the driver; he looked like Lionel Brackins, whom I knew from previous police contacts. My most recent incident involving Brackins occurred on 02-10-07, when Oakley P.D. was advised by State Parole Agent Ricardo Rodriguez that Brackins was a suspect in a shooting that occurred in East Palo Alto, the same day. Agent Rodriguez issued an emergency parole violation warrant for Brackins, and asked us to attempt to serve the warrant on Brackins. Agent Rodriguez confirmed that Brackins' address with CDC Parole is 1630 Port Way, Oakley. Several Oakley P.D. officers and I searched Brackins' house, in an attempt to arrest him.  We did not find Brackins; refer to case

I checked the registration of the Buick, and found it is registered to Brackins, confirming it was him I saw driving. By now, I had driven past the Buick and turned west onto Ashwood Dr. I used my computer to check Brackins' warrant status. I found he still had an active CDC warrant. The warrant specified: "Caution: Armed and Dangerous." I stopped at the intersection with Teakwood Dr., and waited; Brackins drove west on Ashwood and stopped directly behind me. I turned south onto Teakwood Dr., and immediately u-turned, so I could get behind Brackins. Brackins turned south on Teakwood Dr. and drove past me.  I u-turned again and drove south on Teakwood Dr. I saw Brackins accelerate, so I turned on my SUV's emergency lights. I drove after Brackins and saw him drive through the intersection of Teakwood Dr. and Gamay Dr., which is controlled in all four directions by stop signs. Brackins didn't stop at the intersection; I estimated his speed at 40-45 mph as he drove through the intersection.  I requested assistance and told dispatch I was attempting to stop Brackins, who had an outstanding warrant and was armed and dangerous.

I saw Brackins stop his car in front c                        He got out and ran east, jumping over the fence at the northwest corner of the house. I radioed his description and direction of flight, adding that he was running toward his home on Port Way, which backs up to Teakwood Ct. Ofc. Riddle, Ofc. Jones, Sgt. Tackett, Ofc. Harmon, Dep. Mellot and Ofc. Solomon arrived and began setting up a perimeter. Within minutes, Dep. Mellot radioed me that he saw a man matching Brackins' description, run from the south side of the front of 1630 Port Way, (Brackins' home) into the backyard. I spoke briefly with Ronald Bielski, who lives at 4600 Teakwood Ct. He told me he saw Brackins run into his backyard and then jump over his back fence. Bielski took Ofc. Jones, K-9 Bessi and I into his backyard and showed us his backyard fence. I looked over the fence and saw that it is a common fence with the backyard of Brackins' house.

Ofc. Jones, K-9 Bessi, and I knocked a board out of the fence and entered Brackins' backyard. We searched the backyard but didn't find Brackins. We went to the front of the house, where we met with Dep. Mellot. He told us he saw Brackins come out the gate on the south side of the house, turn around and run back into the backyard. Dep. Lambert and Dep. Houlihan had positioned themselves at              . Other Oakley P.D. officers and

| 14. Distribution | | | | | | | 15. Additional Routing Concord Parole | | | |
| ☐ B ☐ C ☐ DA ☐ DE ☐ L ☐ O ☐ SR ☐ V | | | | | | | | | | |
| ☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner | | | | | | | | | | |
| ☐ Property Ck. ☒ ACS ☐ Intel. ☐ R.O. ☐ SHC | | | | | 16. Reporting Deputy (Print) Harbison | | 17. Date/Time Written 05-14-07 / 0345 | | 18. Dispo REF |
| ☒ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit | | | | | 19. Approving Supv (Print) Harbison | | 20. Supv No. 65662 | 21. Date 05-14-07 | 22. Page 3 of 5 |
| ☐ Other | | | | | | | | | |

35112 11/94

☒ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat **53**

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. 07-12363 | 2. City Code OAK57 | 3. Crime / Classification Threatening Exec. Officer (69) | 4. Detail | 1. 69 2. 3058 | S. Reclassification ☐ |
|---|---|---|---|---|---|

| 5. Victim Name (L,F,M) Sgt. J. Harbison | | 7. Date Orig. Report 05-13-07 | 8. Employee No. 65662 |
|---|---|---|---|

| 9. Address / Location of Occurrence | 10. Suspect's Name (L,F,M) Brackins, Lionell III |
|---|---|

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include
Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|

CCCSO deputies were in perimeter positions to contain Brackins.

I met with Brackins' father, Lionel Brackins Jr. (Brackins is Lionel Brackins III.) I explained to Lionel Jr. that we were in hot pursuit of his son, who was seen by a citizen witness jumping over his backyard fence, and then seen by a deputy running back into the backyard from the front. Lionel Jr. said his son wasn't inside the house. I told him we needed to continue our search inside his house. He agreed to have the people in the house come out. Two women and a child came out the front door and remained in the front yard. Lionel Jr. assured me no one else was inside his house. He gave me the keys to his "office", a makeshift room in the garage.

Ofc. Jones, K-9 Bessi, Dep. Mellot, Ofc. Harmon and I, searched inside the house. We didn't find Brackins. We then began searching the backyards of the houses south of 1630 Port Way. EBRP PD's Helicopter flew overhead to assist with our search, visually clearing the rooftops of houses in the immediate area. We continued searching the yards of the houses on the same side of Port Way as Brackins' house; we didn't find Brackins. I had Ofc. Solomon and Dep. Houlihan check the yards of the houses on          , south of 4600. They didn't find Brackins either.

Ofc. Jones, Dep. Lambert and I returned to          We re-checked the backyard with K-9 Bessi. Ofc. Jones told me K-9 Bessi showed interest in a crawl space vent located at the NW corner of the house. We returned to the inside of the house and had K-9 Bessi clear the crawl space, which was accessed by a trap-door in the master bedroom closet.

Dep. Lambert and I decided to re-check the garage, particularly the rafter storage areas. I climbed up the rafters near the front of the garage, and was able to see that Brackins wasn't hiding there. The only rafter area I couldn't see from my vantage point, was the northwest corner, an area directly above the "office". Dep. Lambert climbed up near the "office" door, and looked. He told me he thought he saw Brackins hiding under some insulation. I had Ofc. Jones and K-9 Bessi return, as well as Ofc. Solomon, to assist with completing our search. Once Ofc. Jones, K-9 Bessi and Ofc. Solomon were inside the garage, I closed the garage door to contain Brackins. I said, "Lionel, you need to come down right now!" I waited for a response, but there was none. I said, "Lionel, we'll send the K-9 if you don't come down right now!" I waited for a response, but there was none. Dep. Lambert climbed back up and looked and this time, I heard him tell Brackins to show his hands. Dep. Lambert repeated this several times, ordering Brackins to come down. I heard Brackins respond, "Fuck you bitch! Shoot me then!" I saw a piece of insulation hit Dep. Lambert in his face. Dep. Lambert used his OC pepper spray to defend himself, spraying into the area where Brackins was hiding.

A short time later, Brackins came to the edge of the rafter, toward Dep. Lambert. Brackins lowered his feet to a refrigerator, and then suddenly jumped to the ground, right in front of me. I reached out to grab him, at the same time, he lunged at me. Brackins knocked me backwards, landing on top of me. I was forced to immediately defend myself; I punched

| 14. Distribution ☐ B  ☐ C  ☐ DA  ☐ DE  ☐ L  ☐ O  ☐ SR  ☐ V ☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner ☐ Property Ch.  ☒ ACS  ☐ Intell.  ☐ R.O.  ☐ SHC ☒ Patrol Captain ☐ Other  ☐ Compl.Ofc.  ☐ Marine Patrol  ☐ DV Unit | 15. Additional Routing Concord Parole | | |
|---|---|---|---|
| | 16. Reporting Deputy (Print) Harbison | 17. Date/Time Written 05-14-07 / 0345 | 18. Dispo REF |
| | 19. Approving Supv (Print) Harbison | 20. Supv No. 65662 | 21. Date 05-14-07 | 22. Page 4 of 5 |

36112 11/94

☒ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat **53**

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | | 4. Detail | 1. 69 | 5. Reclassification |
|---|---|---|---|---|---|---|
| 07-12363 | OAK57 | Threatening Exec. Officer (69) | | | 2. 3056 | ☐ |
| 5. Victim Name (L,F,M) | | | 7. Date Orig. Report | 8. Employee No. | | |
| Sgt. J. Harbison | | | 05-13-07 | 65662 | | |
| 9. Address / Location of Occurrence | | | 10. Suspect's Name (L,F,M) | | | |
| | | | Brackins, Lionell III | | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|

Brackins on the right side of his head. Brackins was trying to hit me and I was concerned he would try to grab my gun. I punched him again, and Dep. Lambert and Ofc. Solomon began striking Brackins with personal body weapon strikes as well. I told Brackins, "Stop fighting!" but he continued to fight. I heard Ofc. Jones say he was going to send his K-9 so I pushed Brackins off and rolled away from him. Dep. Lambert and Ofc. Solomon also disengaged. Ofc. Jones sent K-9 Bessi and she bit Brackins on his left arm. Brackins started hitting K-9 Bessi. I yelled at Brackins to stop fighting and stop resisting. Ofc. Jones yelled at Brackins to stop fighting the dog. Ofc. Jones assisted Bessi by punching Brackins in his face. Brackins finally stopped struggling and Ofc. Jones called K-9 Bessi off of Brackins. Dep. Lambert and I handcuffed Brackins. Ofc. Jones requested an ambulance for Brackins.

I walked Brackins out to Ofc. Riddle's car. We put Brackins in the patrol car, and shortly thereafter, Ofc. Riddle drove Brackins to Oakley P.D., where they met AMR unit 77. I had dispatch confirm Brackins' warrant with CDC. AMR 77 provided first aid treatment for Brackins' bite wounds. Ofc. Riddle drove Brackins to CCRMC, where he was treated for his injuries. Ofc. Riddle took photographs of Brackins at the hospital. Ofc. Riddle drove Brackins to MDF, where he booked him for PC 69, 2800.1, and his CDC warrant.

Ofc. Solomon took photographs of the garage area where Brackins was arrested. Dep. Houlihan had Brackins' car towed and stored, per CVC 22651(h).

| 14. Distribution | | | | | | | 15. Additional Routing | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ B  ☐ C | ☐ DA | ☐ DE | ☐ L | ☐ O | ☐ SR | ☐ V | Concord Parole | | | |
| ☐ Investigation | ☐ Vice | ☐ Narcotics | | ☐ Juv | ☐ Coroner | | 16. Reporting Deputy (Print) | 17. Date/Time Written | | 18. Dispo. |
| ☐ Property Ck. | ☒ ACS | ☐ Intell. | | ☐ R.O. | ☐ SHC | | Harbison | 05-14-07 / 0345 | | REF |
| ☒ Patrol Captain | | | | | | | 19. Approving Supv (Print) | 20. Supv No. | 21. Date | 22. Page |
| ☐ Other | ☐ Compl.Ofc. | ☐ Marine Patrol | | ☐ DV Unit | | | Harbison | 65662 | 05-14-07 | 5 of 5 |

36112 11/94

☐ Continuation
☒ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat 53

☐ D.V.    ☐ HRO    ☒ Arrest    ☐

| 1. DR No. 07-12363 | 2. City Code OAK/57 | 3. Crime / Classification Threatening Exec. Officer (69) | | 4. Detail | 1. 69 2. 3056 | 5. Reclassification ☐ |
|---|---|---|---|---|---|---|
| 6. Victim Name (L.F.M) Harbison, James / Lambert, James | | | 7. Date Orig. Report 5/13/2007 | 8. Employee No. 53211 | | |
| 9. Address / Location of Occurrence | | | 10. Suspect's Name (L.F.M) Brackins, Lionel | | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous. Description. Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes: B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

12. Recovered Property $          13. Narrative / Statements

On 5-13-07 at about 1854 hours I responded to the end of Teakwood Ct to assist OAKPD Sgt. J. Harbison who requested assistance during an attempted traffic stop.  BRACKINS fled on foot from the s-vehicle after failing to yield to Sgt Harbison.

I arrived at Sgt. Harbison's location and parked my marked OAKPD canine patrol car behind the Sgt's patrol car, near the s-vehicle.  I contacted Sgt. Harbison and he told me BRACKINS ran east from the s-vehicle and jumped over the side fence of

I know BRACKINS from previous contacts and knew that he had an active warrant for being a parolee at large with an armed and dangerous hazard attached.  I knew that Palo Alto PD was looking for BRACKINS as a suspect in a drive by shooting.

Because BRACKINS was actively avoiding arrest, had a felony warrant in the system, was wanted for a shooting in Palo Alto and had not been searched for weapons and was possibly armed, I determined it would be safer for searching officers to use K9 Bessi to search for BRACKINS.

I placed Bessi on a 15 foot lead and began a yard search of                    .  Bessi alerted to the rear (south) fence of that yard.  This fence acts as a rear fence for both                    and

I placed Bessi in the rear yard                    and gave her the command to search.  Bessi cleared the entire back and side yards of                    This address/residence is the home address of BRACKINS.

After clearing the residence out of subjects, Sgt. Harbison requested I use Bessi to clear the interior of the residence.  I walked Bessi to the front door and gave a K9 announcement.  After not hearing a response from inside the residence, I gave Bessi the command to search the interior.

Bessi cleared the interior of the residence.  I walked Bessi to the attached garage.  The garage door was open and there was a small enclosed room located in the NW corner of the garage.

Bessi cleared the garage and small room.  I decided to conduct yard to yard searches to the south of                    .  After clearing about 6 yards and Bessi showing no signs of being in odor, I decided to return t

I had Bessi sniff the outside crawl space vents of                    .  Bessi showed interest in the vent located on the NW corner of the residence.  I re-entered the residence and placed Bessi in the crawl space located in the master bedroom closest.

Bessi cleared the crawl space and I walked her outside and back to the s-vehicle.  I placed Bessi in the interior of the s-suspect and gave her the command to search.  Just

14. Distribution
☐ B  ☐ C  ☐ DA  ☐ DE  ☐ L  ☐ O  ☐ SR  ☐ V
☐ Investigation  ☐ Vice  ☐ Narcotics  ☐ Juv  ☐ Coroner
☐ Property Ck.  ☒ ACS  ☐ Intell.  ☐ R.O.  ☐ SHC
☒ Patrol Captain  ☐ Compl.Ofc.  ☐ Marine Patrol  ☐ DV Unit
☐ Other

| 15. Additional Routing | | |
|---|---|---|
| 16. Reporting Deputy (Print) I. Jones | 17. Date/Time Written 5/13/2007 - 2335 | 18. Dispo REF |
| 19. Approving Supv (Print) Harbison | 20. Supv No. 65662 | 21. Date 05-14-07 | 22. Page 1 of 2 |

36112 11/94

☒ Continuation
☒ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat 53

☐ C.V.    ☐ HRO    ☒ Arrest ☐

| 1. DR No. 07-12363 | 2. City Code OAK/57 | 3. Crime / Classification Threatening Exec. Officer (69) | | | 4. Detail | 1. 69 2. 3056 | 5. Redlands ficolde |
| --- | --- | --- | --- | --- | --- | --- | --- |

| 5. Victim Name (L.F.M) Harbison, James / Lambert, James | | 7. Date Orig. Report 5/13/2007 | 8. Employee No. 53211 | |
| --- | --- | --- | --- | --- |

| 9. Address / Location of Occurrence | 10. Suspect's Name (L.F.M) Brackins, Lionel |
| --- | --- |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value. Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes: B) Jewelry: C) Furs; D) Vehicles: E) Office Equipment: F) Radio, TVs etc.: G) Firearms: H) Household Goods: I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
| --- | --- |

then, Sgt. Harbison requested my presence in the garage of

I arrived in the garage and was told that BRACKINS was hiding under the insulation located above the small room. CCCSO Deputy J. Lambert climbed up the wall and made verbal contact with BRACKINS.

I heard BRACKINS yell, "Come get me, your gonna hafta shoot me". I was standing near the garage door to the east of the small room, with Bessi. Sgt. Harbison and Deputy Lambert were attempting to talk BRACKINS down from his hiding spot.

I heard BRACKINS throwing objects at Deputy Lambert. Deputy Lambert stated he was going to pepper spray BRACKINS. I heard BRACKINS yell, "I can't see". After several verbal commands for him to come down, BRACKINS slowly climbed down.

BRACKINS suddenly jumped to the floor and ran at Sgt. Harbison. BRACKINS knocked Sgt. Harbison down and was lying on top of him. BRACKINS was now physically resisting arrest. Deputy Lambert and Officer Solomon assisted Sgt. Harbison in attempting to control BRACKINS.

BRACKINS was striking Sgt. Harbison with closed fists. I gave BRACKINS verbal commands to stop resisting or I would command Bessi to bite him. After not getting a response from BRACKINS and seeing him still physically resisting, I advised both Sgt. Harbison and Deputy Lambert that I was sending Bessi in for a bite.

I saw Sgt. Harbison roll away from BRACKINS and Deputy Lambert disengaged from the fight. I then gave Bessi the command to bite BRACKINS. Bessi immediately bit BRACKINS in the left lower arm.

BRACKINS began to punch and grab Bessi by her snout. I gave BRACKINS verbal commands to stop fighting Bessi. BRACKINS continued to punch Bessi in the head and snout. I approached BRACKINS and punched him in the face two times. BRACKINS stopped fighting with Bessi and I gave Bessi the command to let BRACKINS go, which she did immediately.

I requested an ambulance for BRACKINS' injuries. BRACKINS sustained punctures and lacerations to his left forearm. AMR responded to the OAKPD and bandaged BRACKINS bite wounds. BRACKINS was transported to County Hospital for additional treatment for his wounds.

Refer to Sgt. Harbison's original report.

| 14. Distribution ☐ B ☐ C ☐ DA ☐ DE ☐ L ☐ O ☐ SR ☐ V ☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner ☐ Property Ck. ☒ ACS ☐ Intell. ☐ R.O. ☐ SHC ☒ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit ☐ Other | 15. Additional Routing | | | |
| --- | --- | --- | --- | --- |
| | 16. Reporting Deputy (Print) I. Jones | 17. Date/Time Written 5/13/2007 - 2335 | | 18. Dispo REF |
| | 19. Approving Supv (Print) Harbison | 20. Supv No. 65662 | 21. Date 05-14-07 | 22. Page 2 of 2 |

36112 11/94

| ☐ Continuation | **CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000** | | | Beat 53 |
| ☒ Supplemental | P.O. Box 391, Martinez, CA 94553-0039 | | | |

| 1. DR No. 07-12363 | 2. City Code Oak/57 | 3. Crime / Classification Threatening Exec. Officer (69) | | 4. Detail | 1. 69 2. 3056 | ☐ D.V. ☐ HRO ☒ Arrest ☐ SI R. Reclass ification ☐ |
|---|---|---|---|---|---|---|

| 6. Victim Name (L,F,M) POS | | 7. Date Orig. Report | 8. Employee No. 55476 |
|---|---|---|---|

| 9. Address / Location of Victim | 10. Suspect's Name (L,F,M) Brackins, Lionel |
|---|---|

**11. Property Description:**
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ NA | 13. Narrative / Statements |
|---|---|

On 05-13-07, at 1853 hrs, I was on uniformed patrol in the city of Oakley. I heard Sgt. Harbison broadcast S-Brackins was fleeing from him during a vehicle stop. Sgt. Harbison said Brackins is wanted for a shooting in Palo Alto and is armed and dangerous.

I responded to the area and took a static position, for a containment perimeter, in front of             I was then requested to move to Teakwood Ct. for containment for the K-9 search of the area. The K-9 search ended at             . I went to the location and stood in front of the residence with the residents while the residence was searched.

I then heard Sgt. Harbison request K-9 Ofc. Jones and his K-9, Bessi, respond to the garage of the residence. I entered the garage with Ofc. Jones and Bessi. The garage was full of debris, it was hard to move around the objects on the floor. See attached photos. I was told that Brackins was believed to be hiding in the insulation of a small office type room in the garage.

I took my duty weapon out of my holster to cover Deputy Lambert, while he attempted to contact Brackins. I could not see Brackins from my position, but I could hear him yelling and moving around. Deputy Lambert continually yelled for Brackins to come down from the ceiling. Brackins did not compiled after numerous commands. I heard Deputy Lambert say he was going to pepper spray Brackins. I then heard Brackins yelling.

Deputy Lambert then gave numerous verbal commands to come down. I also yelled numerous times for him to come down and to keep his hand where I could see them. After a moment, I saw Brackins climbing down out of his hiding space. Brackins climbed onto a refrigerator and paused. He appeared to be looking around for something.

I then saw Brackins jump to the ground and immediately charge at Sgt. Harbison who was standing nearby when he landed. Brackins and Sgt. Harbison fell to the ground, Sgt. Harbison was on his back. I saw Brackins physically resisting Sgt. Harbison by swinging his arms and striking him.

I was unable to get to Sgt. Harbison at the start of the struggle due to the K-9 being in my way. I was able to walk over some debris to assist Sgt. Harbison who was still struggling with Brackins. During the entire incident, I was giving Brackins verbal commands to, "Stop resisting, comply, and to get on the ground."

I attempted to grab Brackins but was unable to get a hold of him due to him flailing around and the debris in the area. Fearing that Sgt. Harbison was going to be injured by Brackins, I struck Brackins on top of his head, twice, with a closed fist. My strikes had no effect on Brackins, he continued to struggle.

I heard Ofc. Jones say he was going to deploy his dog. I turned and backed out of the area. I heard Brackins start to yell behind me. I heard Ofc. Jones giving verbal commands to Brackins to stop resisting. I turned and saw Brackins swinging his arm at the K-9. I

**14. Distribution**
☐ B ☐ C ☐ DA ☐ DE ☐ L ☐ O ☐ SR ☐ V
☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner
☐ Property Ct. ☒ ACS ☐ Intel. ☐ R.O. ☐ SHC
☒ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit
☐ Other

| 15. Additional Routing Concord Parole | | | |
|---|---|---|---|
| 16. Reporting Deputy (Print) J. Solomon | 17. Date/Time Written 05-13-07 2118 hrs | | 18. Dispo REF |
| 19. Approving Supv (Print) Harbison | 20. Supv No. 65662 | 21. Date 05-14-07 | 22. Page 1 of 3 |

36112 11/94

☒ Continuation
☒ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat 53

☐ D.V.    ☐ HRO    ☒ Arrst    ☐ SI

| 1. DR No. | 2. City Code | 3. Crime / Classification | | 4. Detail | 1. 69 | 5. Reclassi |
|---|---|---|---|---|---|---|
| 07-12363 | Oak/57 | Threatening Exec. Officer (69) | | | 2. 3056 | fication |
| 6. Victim Name (L,F,M) | | | 7. Date Orig. Report | 8. Employee No. | | ☐ |
| POS | | | | 55476 | | |
| 9. Address / Location of Occurrence | | | 10. Suspect's Name (L,F,M) | | | |
| | | | Brackins, Lionel | | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value. Include
Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes: B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|
| NA | |

began yelling for Brackins to comply and to get on the ground.

I then saw Ofc. Jones struck at Brackins who was still resisting. Brackins then stopped fighting and complied with Ofc. Jones' orders. Brackins was placed in handcuffs by Sgt. Harbison and Deputy Lambert without further incident.

I saw Sgt. Harbison walk Brackins to the patrol vehicle. I then saw Sgt. Harbison and another officer, struggling to get Brackins into the patrol vehicle. As I ran towards the vehicle, I saw they were able to get him inside.

I returned to the residence and took the attached photographs of the garage.

| 14. Distribution | | | | | | 15. Additional Routing | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ B  ☐ C  ☐ DA  ☐ DE  ☐ L | | ☐ O  ☐ SR  ☐ V | | | Concord Parole | | | | |
| ☐ Investigation  ☐ Vice  ☐ Narcotics | | ☐ Juv  ☐ Coroner | | | 16. Reporting Deputy (Print) | | 17. Date/Time Written | | 18. Dispo |
| ☐ Property Ck.  ☒ ACS  ☐ Intell. | | ☐ R.O.  ☐ SHC | | | J. Solomon | | 05-13-07 2118 hrs | | REF |
| ☒ Patrol Captain  ☐ Compl.Ofc.  ☐ Marine Patrol | | ☐ DV Unit | | | 18. Approving Supv (Print) | | 20. Supv No. | 21. Date | 22. Page |
| ☐ Other | | | | | Harbison | | 65662 | 05-14-07 | 2 of 3 |

36112 11/94

☒ Continuation
☐ Supplemental

**CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT CA0070000**
P.O. Box 391, Martinez, CA 94553-0039

Beat 53

☐ D.V.  ☐ HRO  ☒ Arrest  ☐ SI

| 1. OR No. | 2. City Code | 3. Crime / Classification | 4. Detail | | 5. Reclassification |
|---|---|---|---|---|---|
| 07-12363 | OAK 57 | Threatening Exec. Officer (69) | 1. B9 | | ☐ |
| | | | 2. 3056 | | |
| 6. Victim Name (L,F,M) | | | 7. Date Orig. Report | 8. Employee No. | |
| Sgt. J. Harbison | | | 05/13/2007 | 67040 | |
| 9. Address / Location of Disturbance | | | 10. Suspect's Name (L,F,M) | | |
| | | | Brackins, Lionel | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacture's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc.; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|

This is a supplemental report to Sgt. Harbison's original report.

On 05/14/2007 at approx. 1853 hrs, I responded to the area of
where Sgt. Harbison saw a parolee at large (S-Brackins, Lionel). I responded to the
intersection of Port Way and Wente Ct. to a perimeter position while other
responding officers conducted an area search for Brackins.

Sgt. Harbison and other officers took Brackins into custody (refer to Sgt. Harbison's
original report).

I responded to            where Sgt. Harbsion placed Brackins in the rear seat of my
patrol vehicle. I transported Brackins to Oakley PD for medical attention. AMR responded to
Oakley PD and treated the injuries Brackins sustained during the incident. After AMR
treated the injuries Brackins received, I transported him to CCCRMC for further medical
attention.

While at CCCRMC, I took three digital photographs of Brackins' injuries. The photographs
are of Brackins' face, and left arm.

After Brackins was treated at CCCRMC, I transported and booked Brackins at the MDF.

Sgt. Harbison was advised and approved.

| 14. Distribution | | | | | 15. Additional Routing |
|---|---|---|---|---|---|
| ☐ B  ☐ C | ☐ DA | ☐ DE  ☐ L | ☐ O | ☐ SR  ☐ V | Concord Parole |
| ☐ Investigation | ☐ Vice | ☐ Narcotics | ☐ Juv | ☐ Coroner | |
| ☐ Property Ck. | ☒ ACS | ☐ Intell. | ☐ R.O.  ☐ SHC | | |
| ☒ Patrol Captain | | | | | |
| ☐ Other | ☐ Compl. Ofc. | ☐ Marine Patrol | ☐ DV Unit | | |

| 16. Reporting Deputy (Print) | 17. Date/Time Written | 18. Dispo |
|---|---|---|
| Riddle | 05/14/2007 @ 0400 hrs | REF |
| 19. Approving Supv (Print) | 20. Supv No. | 21. Date | 22. Page |
| Harbison | 65662 | 05-14-07 | 1 of 2 |

36112 11/94