

CLERK OF THE COURT
U.S. DIST COURT
NO.DUIST OF CALIFORNIA
450 Golden Gate Ave
San Francisco, Ca 94102

**RECEIVED**

SEP 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LIONEL BRACKINS
F-09091
CSP, San Quentin
San Quentin, Ca
94964