AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LIONEL BRACKINS ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   CV-07-4643 PJH (PR) |
| SGT. JAMES HARBISON, et al. ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
**Sergeant James Harbison, Officer James Lambert, Officer J. Solomon, Officer I. Jones, Oakley Police Department and City of Oakley c/o City Attorney's Office**
3231 Main Street, Oakley CA 94561

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lionel Brackins, F-09091
San Quentin State Prison
San Quentin, CA 94964

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                               Richard W. Wieking
                                               Name of clerk of court

Date:  __April 11, 2008__                         Felicia Reloba
                                               Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


Date: _____

                                                                             Server's signature

                                                                             Printed name and title


                                                                                Server's address