```
SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile:  (925) 335-1866
email: bknap@cc.cccounty.us
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL BRACKINS III,<br><br>    Plaintiff<br><br>v.<br><br>Sergeant JAMES HARBISON; Officers JAMES LAMBER, J. SOLOMON, I. JONES; CITY OF OAKLEY; OAKLEY POLICE, COUNTY OF CONTRA COSTA,<br><br>    Defendants. | No. C 07 - 4643 PJH (PR)<br><br>PROOF OF SERVICE ON DEFENDANT CITY OF OAKLEY'S ANSWER TO COMPLAINT |

See attached.

PROOF OF SERVICE

Re:   Lionel Brackins v. Harbison, et al.
      United States District Court No. C 07 - 4643 PJH (PR)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. My electronic notification address is pwebb@cc.cccounty.us. On June 13, 2008, at Martinez, CA, I served the following document(s) by the method indicated below.

1.   DEFENDANT CITY OF OAKLEY'S ANSWER TO COMPLAINT

☐   By fax transmission on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2.301(3).

☒   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐   By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐   By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐   By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐   By electronically transmitting from electronic notification address pwebb@cc.cccounty.us a true copy of the above-referenced document(s) to LexisNexis File & Serve at www.LexisNexis.com for electronic delivery upon counsel for the parties as listed below and as listed on the attached transaction receipt(s). The transmission was reported as complete and without error.

PROOF OF SERVICE

Lionel Brackins III                                  Plaintiff
F-09091
San Quentin State Prison
San Quentin, CA 94964

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on June 13, 2008, at Martinez, California.

                                           _____
                                                   Kathleen O'Connell

PROOF OF SERVICE