UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIONEL BRACKINS,

    Plaintiff,

vs.

Sergeant JAMES HARBISON; Officers JAMES LAMBERT, J. SOLOMON, I. JONES; CITY OF OAKLEY; OAKLEY POLICE, COUNTY OF CONTRA COSTS,

    Defendants.

No. C 07-4643 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June 19, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\BRACKINS4643.DSM-mail.wpd