UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LIONEL BRACKINS III,

        Plaintiff,

  v.

JAMES HARBISON et al,

        Defendant.

Case Number: CV07-04643 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lionel Brackins F-09091
San Quentin State Prison
San Quentin, CA 94964

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk