UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL BRACKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Sergeant JAMES HARBISON; Officers JAMES LAMBERT, J. SOLOMON, I. JONES; CITY OF OAKLEY; OAKLEY POLICE, COUNTY OF CONTRA COSTS,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | No. C 07-4643 PJH (PR)<br><br>**JUDGMENT** |

　　Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

　　**IT IS SO ORDERED.**

Dated:  June 19, 2008.

　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.07\BRACKINS4643.JUD.wpd