

Lionel Brackins F-09091
San Quentin State Prison
San Quentin, CA 94964

CV07-04643 PJH